

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>GUY WOOLDRIDGE,<br><br>                   Defendant. | Case No.: 91-CR-0238-W<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELESE UNDER 18 U.S.C. § 3582(c)(1)(A)(i) [DOC. 47]** |

On October 19, 1994, this Court sentenced Defendant Guy Wooldridge to 188 months imprisonment and five years supervised release for Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(A)(1). That sentence is consecutive to sentences previously imposed by the District of New Mexico. Defendant is serving a total sentence of 451 months. He now moves for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).

18 U.S.C. § 3582(c) provides that a defendant may bring a motion only after he has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons" to bring a motion on his behalf. Defendant has satisfied the exhaustion requirement and the Court has jurisdiction and for the reasons below **GRANTS** Defendant's motion.

Under 18 U.S.C. § 3582(c)(1)(A), a court may reduce a defendant's term of imprisonment if the court finds that "extraordinary and compelling reasons warrant such

1

91-CR-0238-W

a reduction." The United States Sentencing Commission ("USSG") recognizes that certain medical conditions may constitute an "extraordinary and compelling reason" warranting a reduction in sentence under § 3582. See USSG § 1B1.13. This section is not binding and "district courts are empowered . . . to consider any extraordinary and compelling reason for release that a defendant might raise." United States v. Aruda, No. 20-10245, 2021 WL 1307884, at *4 (9th Cir. Apr. 8, 2021).

Bureau of Prisons medical records confirm that Defendant suffers from serious health conditions including vascular disease, obesity, coronary atherosclerosis and chronic kidney disease. He is 75 years old and has served over 27 years in prison. The United States agrees that he is not a danger to the community and does not oppose his Motion for Compassionate Release.

Based on the forgoing, the Court **GRANTS** Defendant's motion [Doc. 47] and **ORDERS**:

(1) Defendant is resentenced to a custodial sentence of time served effective upon his obtaining a medical clearance from FCI Texarkana that he is not infected with COVID-19;

(2) Defendant's Supervised Release Conditions are modified to add the condition that he serve six months of his original custodial term of imprisonment in home confinement;

(3) Defendant is to contact the U.S. Probation Office within 72 hours of his release from custody to review the conditions of home confinement which may include location monitoring.

**IT IS SO ORDERED.**

Dated: June 29, 2021

Hon. Thomas J. Whelan
United States District Judge